UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

FILED
U.S. DISTRICT COURT
INDIANAPOLIS DIVISION

18 FEB 14 PM 5:18

SOUTHERN DISTRICT
OF INDIANA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> V. ) <br> ) <br> CHRISTOPHER MONTOYA ) <br> a/k/a Octavio Mojica-Gutierrez, ) <br> ) <br> Defendant. ) | CAUSE NO. <br><br> 1:18-cr-0041 SEB-TAB |

## INDICTMENT

The Grand Jury charges that:

Count One
[8 U.S.C. 1326—Previously Deported Alien Found in the United States]

On or about November 5, 2014, in the Southern District of Indiana, the defendant, CHRISTOPHER MONTOYA a/k/a Octavio Mojica-Gutierrez, an alien, was found in the United States after having been removed therefrom on or about January 17, 2006, at or near El Paso, Texas, and not having obtained the express consent of the Secretary of Homeland Security to reapply for admission to the United States; in violation of Title 8, United States Code, Section 1326(a) & (b)(2).

JOSH J. MINKLER
United States Attorney

By: *M. P. Brady*
Michelle P. Brady
Assistant United States Attorney